UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1319
(A076-620-748)
_____

MARCO A. MIRANDA SANCHEZ

    Petitioner

v.

MERRICK B. GARLAND, Attorney General

    Respondent

-------------------------------

TAHIRIH JUSTICE CENTER

    Amicus Supporting Petitioner

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Nwamaka Anowi, Clerk